JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

A.D.

**(b)** County of Residence of First Listed Plaintiff: New Jersey
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Mark A. Fuchs, Kline and Specter, P.C., 1525 Locust Street, 19th Floor, Philadelphia, PA 19102, 267-497-2646

## DEFENDANTS

Penn Square Partners, Penn Square General L.P., Penn High LLC

County of Residence of First Listed Defendant: Lancaster
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Ralph P. Bocchino, Marshall Dennehey, 2000 Market Street, Philadelphia, PA 19103, 215-575-2634

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
28 USC 1332 and 1446

Brief description of cause:
Alleged sexual assault; Complete Diversity of Citizenship between Plaintiff and All Defendants; Amount in Controversy in Excess of $75,000.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE: 11/13/2026

SIGNATURE OF ATTORNEY OF RECORD: /s/Ralph P. Bocchino

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| A.D.,<br><br>PLAINTIFF,<br><br>v.<br><br>DRIFT SPA LANCASTER, LLC;<br>SJ SPA HOLDINGS, LLC;<br>PENN SQUARE PARTNERS;<br>PENN SQUARE GENERAL, L.P.;<br>PENN HIGH, LLP; and<br>MARRIOTT INTERNATIONAL, INC.,<br><br>DEFENDANTS. | CIVIL ACTION<br><br>NO. |

| | |
|---|---|
| A.D.,<br><br>PLAINTIFF,<br><br>v.<br><br>DRIFT SPA LANCASTER, LLC;<br>SJ SPA HOLDINGS, LLC;<br>PENN SQUARE PARTNERS;<br>PENN SQUARE GENERAL, L.P.;<br>PENN HIGH, LLP; and<br>MARRIOTT INTERNATIONAL, INC.,<br><br>DEFENDANTS. | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>OCTOBER TERM, 2026<br><br>NO. 01392 |

**NOTICE OF REMOVAL**

To: Mark A., Fuchs, Esquire
Kline and Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
*(counsel for Plaintiff)*

Prothonotary
Court of Common Pleas
Philadelphia County
City Hall
Philadelphia, PA 19107

PLEASE TAKE NOTICE that the Defendants, Penn Square Partners, Penn Square General, L.P., and Penn High, LLP, in a lawsuit styled "*A.D. v. Drift Spa Lancaster, LLC, SJS pa Holdings, LLC, Penn Square Partners, Penn Square General, L.P., Penn High, LLP, and Marriott International, Inc.*" No. 261001392, in the Court of Common Pleas of Philadelphia County, Pennsylvania, filed a Notice of Removal of said action to the United States District Court for the Eastern District of Pennsylvania on November 13, 2026.

**MARSHALL DENNEHEY, P.C.**

BY: ________________________________________
Ralph P. Bocchino, Esquire
Christopher E. Pyo, Esquire
Attorneys for Defendants, Penn Square Partners; Penn Square General, L.P.; and Penn High, LLP
PA Attorney I.D. No. 30186/337843
2000 Market Street – Suite 2300
Philadelphia, PA 19103
(215) 575-2634

Date: November 13, 2026

# CERTIFICATE OF SERVICE

I, Ralph P. Bocchino, counsel for Defendants Penn Square Partners, Penn Square General, L.P., and Penn High, LLP, hereby certify that a true and correct copy of the foregoing Notice of Removal was served electronically upon the following counsel:

Mark A. Fuchs, Esquire
Kline and Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
*(counsel for Plaintiff)*

**MARSHALL DENNEHEY, P.C.**

BY: ______________________________
Ralph P. Bocchino, Esquire
Christopher E. Pyo, Esquire
Attorneys for Defendants, Penn Square Partners; Penn Square General, L.P.; and Penn High, LLP
PA Attorney I.D. No. 30186/337843
2000 Market Street – Suite 2300
Philadelphia, PA 19103
(215) 575-2634

Date: November 13, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| A.D., | : | CIVIL ACTION |
| PLAINTIFF, | : | |
| v. | : | NO. |
| DRIFT SPA LANCASTER, LLC;<br>SJ SPA HOLDINGS, LLC;<br>PENN SQUARE PARTNERS;<br>PENN SQUARE GENERAL, L.P.;<br>PENN HIGH, LLP; and<br>MARRIOTT INTERNATIONAL, INC., | : | |
| DEFENDANTS. | : | |

**PETITION FOR REMOVAL**

**TO: CLERK OF COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Pursuant to 28 U.S.C. § 1441(b), Removal Based on Diversity of Citizenship, Defendants, Penn Square Partners, Penn Square General, L.P., and Penn High, LLP (hereinafter "Moving Defendants"), file this Notice of Removal from the Court of Common Pleas of Philadelphia, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania, averring as follows:

1. On October 9, 2026, Plaintiff, A.D., filed a Complaint against Defendants in the Court of Common Pleas of Philadelphia County requesting damages in an amount greater than $75,000.00. A true and correct copy of Plaintiff's Complaint, Philadelphia Court of Common Pleas, No. 261001392, is attached hereto as Exhibit "A."

2. Plaintiff alleges in her Complaint that she is a resident of New Jersey. *See* Exhibit "A" at ¶ 1.

3. Plaintiff alleges in her Complaint that the incident giving rise to this litigation occurred in Lancaster, Pennsylvania, and seeks to recover for physical and emotional injuries. *See* Exhibit "A."

4. Plaintiff seeks to recover for physical and emotional injuries. *See* Exhibit "A."

5. Plaintiff alleges that Defendant, Drift Spa Lancaster LLC, is a business located in the Commonwealth of Pennsylvania, with a business address of 25 S. Queen Street, 5th Floor, Lancaster, PA 17603. See Exhibit "A" at ¶ 3.

6. Plaintiff alleges that Defendant, SJ Spa Holdings LLC, is a business located in the Commonwealth of Pennsylvania, with a business address of 25 S. Queen Street, 5th Floor, Lancaster, PA 17603. See Exhibit "A" at ¶ 4.

7. Plaintiff alleges that Defendants, Penn Square Partners, Penn Square General L.P., and Penn High LLC, are entities located in the Commonwealth of Pennsylvania, with business addresses of 1853 William Penn Way, Lancaster, Pennsylvania 17601. See Exhibit "A" at ¶¶ 7-9.

8. Plaintiff alleges that Defendant, Marriott International, Inc., is a legal entity incorporated under the laws of Delaware, with a business address of 7750 Wisconsin Avenue, Bethesda, Maryland 20814. See Exhibit "A" at ¶ 11.

9. Moving Defendants were served with Plaintiff's Complaint on or about October 27, 2026.

10. 28 U.S.C. § 1332(a) provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00 . . . and is between – (1) [c]itizens of different States."

11. 28 U.S.C. § 1441(a), pertaining to removal of civil actions, provides, in pertinent part, that ". . . any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district

court of the United States for the district and division embracing the place where such action is pending."

12. 28 U.S.C. § 1332(c) provides that "[f]or purposes of this section and section 1441 . . . (1) a corporation shall be deemed to be a citizen of every State . . . by which it has been incorporated and of the State . . . where it has its principal place of business . . ."

13. 28 U.S.C. § 1441(b)(1), pertaining to Removal Based on Diversity of Citizenship, provides that "[i]n determining whether a civil action is removable on the basis of the jurisdiction under Section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded."

14. Under 28 U.S.C. § 1446(b)(1), "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…."

15. In this present case, Plaintiff avers that she is a resident of the State of New Jersey. *See* Exhibit "A."

16. Plaintiff also avers that the Drift Spa and Penn Defendants are businesses located in Lancaster, Pennsylvania, while Marriott is located in Maryland. *See* Exhibit "A."

17. While the subject incident giving rise to this litigation is alleged by Plaintiff to have occurred in Lancaster, Pennsylvania, Plaintiff filed this litigation in the Court of Common Pleas of Philadelphia, and the Federal District Court for the Eastern District of Pennsylvania is the District Court embracing the place which this action is currently pending.

18. Plaintiff demands damages in her Complaint above the prevailing arbitration limits and in excess of $75,000, considering the nature of the subject incident and the number of Defendants sued in this action. *See* Exhibit "A" at Wherefore Clause.

19. Therefore, this case is appropriate for removal from state court to the United States District Court, Eastern District of Pennsylvania, pursuant to 28 U.S.C §1332(a)(1) and §1441(a) as complete diversity of citizenship exists between the Plaintiff and all Defendants, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

20. This Notice of Removal complies with 28 U.S.C. § 1446(a) and (b) as it is being filed within thirty (30) days of the service of the pleading from which it has been ascertained that the case is removable and within one year of the commencement of the action.

21. Upon information and belief, all Defendants consent to removal to the Eastern District of Pennsylvania.

22. Written notice of the filing of the Notice of Removal was given to all adverse parties in accordance with 28 U.S.C. §1446(d) and is noted in the attached Certificate of Service.

23. Promptly after filing in this Court and the assignment of a Civil Action Number, a Notice of Removal will be filed with the Philadelphia Court of Common Pleas, in accordance with 28 U.S.C. §1446(d).

24. Copies of all process, pleadings, and Orders served upon Defendant are attached hereto in accordance with 28 U.S.C. §1446(a).

**WHEREFORE**, Notice is given that this action is removed from the Philadelphia Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania.

**[signature page follows]**

**MARSHALL DENNEHEY, P.C.**

BY: ________________________________________
Ralph P. Bocchino, Esquire
Christopher E. Pyo, Esquire
Attorneys for Defendants, Penn Square Partners; Penn Square General, L.P.; and Penn High, LLP
PA Attorney I.D. No. 30186/337843
2000 Market Street – Suite 2300
Philadelphia, PA 19103
(215) 575-2634

Date: November 13, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| A.D., | : | CIVIL ACTION |
| PLAINTIFF, | : | |
| v. | : | NO. |
| DRIFT SPA LANCASTER, LLC;<br>SJ SPA HOLDINGS, LLC;<br>PENN SQUARE PARTNERS;<br>PENN SQUARE GENERAL, L.P.;<br>PENN HIGH, LLP; and<br>MARRIOTT INTERNATIONAL, INC., | : | |
| DEFENDANTS. | : | |

**CERTIFICATION**

I, Ralph P. Bocchino, Esquire, hereby certify that the facts set forth in the foregoing Petition for Removal are true and correct to the best of my knowledge, information, and belief.

**MARSHALL DENNEHEY, P.C.**

BY: ________________________________________
Ralph P. Bocchino, Esquire
Christopher E. Pyo, Esquire
Attorneys for Defendants, Penn Square Partners; Penn Square General, L.P.; and Penn High, LLP
PA Attorney I.D. No. 30186/337843
2000 Market Street – Suite 2300
Philadelphia, PA 19103
(215) 575-2634

Date: November 13, 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| A.D., | : | CIVIL ACTION |
| PLAINTIFF, | : | |
| v. | : | NO. |
| DRIFT SPA LANCASTER, LLC;<br>SJ SPA HOLDINGS, LLC;<br>PENN SQUARE PARTNERS;<br>PENN SQUARE GENERAL, L.P.;<br>PENN HIGH, LLP; and<br>MARRIOTT INTERNATIONAL, INC., | : | |
| DEFENDANTS. | : | |

**CERTIFICATE OF SERVICE**

I, Ralph P. Bocchino, Esquire, hereby certify that a true and correct copy of the foregoing Petition for Removal was served upon all parties and counsel of record via electronic service, on the below date.

**MARSHALL DENNEHEY, P.C.**

BY: ________________________________
Ralph P. Bocchino, Esquire
Christopher E. Pyo, Esquire
Attorneys for Defendants, Penn Square Partners; Penn Square General, L.P.; and Penn High, LLP
PA Attorney I.D. No. 30186/337843
2000 Market Street – Suite 2300
Philadelphia, PA 19103
(215) 575-2634

Date: November 13, 2026